# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:09-00250 |
| ) | Judge Trauger |
| PATRICK LAMAR JOHNSON ) | |

### O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 25) on Wednesday, July 17, 2013, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 24th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge