Motion GRANTED. Hearing reset for 7/16/13 at 10:00 a.m.

*[Signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00250 |
| v. | ) | |
| | ) | Judge Trauger |
| PATRICK LAMAR JOHNSON | ) | |

## MOTION TO CHANGE DATE OF HEARING

By Order (DE 31), the Court set a hearing for the Petition to Revoke Supervised Release for July 17, 2013 at 2:00 p.m.

After the order was entered, undersigned counsel for the United States was informed by the probation officer that she was scheduled to be on leave that day because of a medical appointment. Because the probation officer is an essential witness, the United States moves the Court to set the hearing on another date.

After conferring with counsel for the defendant as to other possible dates, the United States suggests the morning of July 16, 2013, the morning of July 15, 2013, or such other date that is convenient for the Court.

Respectfully Submitted,

DAVID A. RIVERA
Acting United States Attorney for the
Middle District of Tennessee

By:  *s/ Harold B. McDonough*
HAROLD B. MCDONOUGH
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, TN 37203-3870